■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATHLEEN GORDINEER, Appellant.—Appeal by the defendant, as limited by her motion, from an amended sentence of the County Court, Westchester County (Cowhey, J.), imposed July 30, 1986.

Ordered that the appeal is dismissed as academic.

The appellant has served her sentence, and, indeed, had served her sentence as of the date the appeal was perfected. Mangano, P. J., Thompson, Eiber, Rosenblatt and O'Brien, JJ., concur.